```
 1  THOMAS E. FRANKOVICH (State Bar #074414)
    THOMAS E. FRANKOVICH
 2  A PROFESSIONAL LAW CORPORATION
    4328 Redwood Hwy, Suite 300
 3  San Rafael, CA   94903
    Telephone:    415/674-8600
 4  Facsimile:    415/674-9900

 5  Attorney for Plaintiff
    CRAIG YATES
 6
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | CASE NO. CV-09-5728-JL |
| Plaintiff, | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |
| v. | |
| YANCY'S SALOON; MARIA GIOVANNA VALBONESI; and REMO DANILO VALBONESI, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

///
///
///

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 6, 2011                              THOMAS E. FRANKOVICH
                                                  *A PROFESSIONAL LAW CORPORATION*


                                                  By:_____/S/_____
                                                       Thomas E. Frankovich
                                                  Attorney for Plaintiff CRAIG YATES, an individual,


Dated: _____, 2011                       Law Offices Of Mark R. Mittelman



                                                  By: _____
                                                       Mark Mittelman
                                                  Attorneys for Defendants YANCY'S SALOON;
                                                  MARIA GIOVANNA VALBONESI; and REMO
                                                  DANILO VALBONESI


## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  4-8 , 2011

                                                  _____
                                                  Honorable Magistrate Judge James Larsen
                                                  UNITED STATE DISTRICT JUDGE

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: _____, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:_____
Thomas E. Frankovich
Attorney for Plaintiff CRAIG YATES, an individual,

Dated: 4/1, 2011

Law Offices Of Mark R. Mittelman

By: _____
Mark Mittelman
Attorneys for Defendants YANCY'S SALOON;
MARIA GIOVANNA VALBONESI; and REMO DANILO VALBONESI

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 4-8, 2011

_____
Honorable Magistrate Judge James Larsen
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON    CV-09-5728-JL

-2-